■ Confidence Beauty Salon Corp., Appellant, v 299 Third SA, LLC, et al., Respondents. [47 NYS3d 905]—

Order, Supreme Court, New York County (Joan M. Kenney, J.), entered on or about December 3, 2015, which denied plaintiff's application for a *Yellowstone* injunction, unanimously affirmed, without costs.

The denial of *Yellowstone* relief was a provident exercise of

discretion because plaintiff failed to aver, let alone demonstrate, that it had the ability to cure its alleged defaults (*see Artcorp Inc. v Citirich Realty Corp.*, 124 AD3d 545 [1st Dept 2015]). Concur—Acosta, J.P., Richter, Manzanet-Daniels, Gische and Webber, JJ.